UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN POWERS,<br><br>   Plaintiff,<br><br> v.<br><br>GUSTAVO VELASQUEZ, et al.,<br><br>   Defendants. | Case No. 22-cv-05996-SVK<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

On January 24, 2023, the Court issued an Order (1) granting Plaintiff's application to proceed *in forma pauperis* ("IFP"); and (2) finding, upon screening under 28 U.S.C. § 1915(e)(2), that Plaintiff's complaint was deficient and giving Plaintiff leave to amend the complaint to address the deficiencies. Dkt. 12 (the "Order"). The Order set a deadline of February 23, 2023 for Plaintiff to file an amended complaint, and stated that "[i]f Plaintiff does not amend his Complaint, then the Court will recommend that this action be dismissed." *Id.*

As of the date of this order, Plaintiff has not filed an amended complaint, even though the February 23, 2023 deadline to do so has passed. Based on Plaintiff's failure to file an amended complaint by the deadline, the Court **ORDERS** Plaintiff to appear on **August 8, 2023 at 10:00 a.m.** and show cause the Court should not order this case to be reassigned to a District Judge with a recommendation that the case be dismissed. In addition, by **August 1, 2023,** Plaintiff must file a response to this Order to Show Cause.

**SO ORDERED.**

Dated: June 30, 2023

                          SUSAN VAN KEULEN
                          United States Magistrate Judge